# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Ozark Materials LLC | : |
| Plaintiff, | : |
| v. | : Court No. 20-02808 |
| UNITED STATES OF AMERICA et al | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: June 24, 2022

/s/ George R. Tuttle, III.
George R. Tuttle, III.
Attorney for Ozark Materials, Inc.
Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
Main Telephone: (415) 986-8780
Email: geo@tuttlelaw.com

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
     Deputy Clerk