FORM 8

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OZARK MATERIALS LLC | : |
| Plaintiff, | : |
| v. | : Court No. 20-02808 |
| UNITED STATES OF AMERICA et al | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Respectfully submitted,

/s/ George R. Tuttle, III.
George R. Tuttle, III.
Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
Main Telephone: (415) 986-8780
Email: geo@tuttlelaw.com

Attorney for Ozark Materials, Inc.

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA McCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge,
International Trade Field Office

/s/ Jamie L. Shookman
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278
Tel: 212-264-2107
Fax: 212-264-1916

{0184754.DOCX;2}

SOSUN BAE
Senior Trial Counsel
ELIZABETH SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

Date:  June 30, 2022

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by all parties having appeared in this action, are dismissed.

Dated:  _____        Clerk, U. S. Court of International Trade

By:  _____
     Deputy Clerk

{0184754.DOCX;2}